UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 16, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 3:21-cr-001-DMC |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| NICHOLAS SHANE GALLAGHER, | |
| Defendant. | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  NICHOLAS SHANE GALLAGHER , Case No.  3:21-cr-001-DMC  Charge 18 USC §3583 , from custody for the following reasons:

  __X__ Release on Personal Recognizance

  _____ Bail Posted in the Sum of $ _____

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

  __X__ (Other):  TO BE RELEASED ON MONDAY 7/19/2021 @ 9 AM

Issued at Sacramento, California on July 16, 2021 at _2:58 pm_____

      By:    /s/ Carolyn K. Delaney

        Magistrate Judge Carolyn K. Delaney