HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorney for Defendant
NICHOLAS GALLAGHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-0039 DB |
| Plaintiff, | STIPULATION AND ORDER TO SET ADMIT DENY HEARING |
| vs. | Date: March 22, 2022 |
| NICHOLAS GALLAGHER, | Time: 10:00 am |
| Defendant. | Place: Honorable Deborah Barnes |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Heiko Coppola and Assistant Federal Defender Linda Allison, attorney for Nicholas Gallagher, that the Admit/Deny hearing in the above matter be set for March 22, 2022 at 10:00 am. Due to the ongoing pandemic, the parties consent to attend the hearing via Zoom.

Dated: March 8, 2022                    HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Linda C. Allison
                                        LINDA C. ALLISON
                                        Assistant Federal Defender

1 | Dated: March 8, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Heiko Coppola
Assistant United States Attorney
ATTORNEY FOR PLANTIFF

**O R D E R**

IT IS HEREBY ORDERED that the Admit/Deny hearing is set for March 22, 2022 at 10:00 am and will be held by zoom. The Clerk's office is directed to issue a Summons for Mr. Gallagher's appearance.

Dated: March 8, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE